JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THEODORE R. PETERSON, | ) | Case No.: CV 14-2534 DSF (JCGx) |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| STRATEGIC SOCIAL, LLC, | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court having dismissed the Complaint following plaintiff's failure to oppose defendant's motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed without prejudice, and that the defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: _____8/21/14_____     _____
                                                        Dale S. Fischer
                                                United States District Judge